IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| HENRY BROOMFIELD, #K92261 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-1628-RJD |
| | ) | |
| J.B. PRITZKER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

NOW COMES the Defendant, J.B. Pritzker, by and though his attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to 6(b)(1), and seeks a brief, final third extension of time, seeking four additional days, up to and including July 14, 2023, to file a responsive pleading, stating as follows:

1. Defendant's deadline to answer or otherwise respond to Plaintiff's complaint is July 10, 2023. [d/e 32].

2. Undersigned counsel has been working on a responsive pleading and believes a motion to dismiss pursuant to Federal Rule 12(b)(6) is appropriate; however, undersigned counsel has not yet finalized the pleading.

3. Undersigned counsel unexpectedly had to take time off on Monday July 10, 2023, due to a family member's illness.

4. Since the last request for an extension, undersigned counsel had multiple calls with defendants in other matters (and with the Governor's legal counsel concerning this matter); a response to a motion to compel in *Seats*, SDIL Case No. 21-2049; four separate sets of discovery for three separate defendants due in *Haynes*, SDIL Case No. 20-86; and a mediation in *Roberson*, SDIL Case No. 20-1296, in addition to various

other conference calls, motion practice, and communications regarding discovery. The undersigned was also out of the office two days last week due to the federal holiday.[1]

5. Further, Undersigned counsel serves as a Unit Supervisor within her Bureau at the Office of the Illinois Attorney General's office, which requires her to supervise and aid other Assistant Attorneys General with their caseloads. Undersigned counsel has devoted a significant amount of time to these responsibilities within the last two weeks as well.

6. Therefore, Defendant requests this Court grant him a final, brief 4-day extension, up to and including July 14, 2023, to file a responsive pleading in this matter pursuant to Fed. R. Civ. P. 6(b)(1)(a).

7. Such extension would allow Defendant's counsel to finalize Defendant's Motion to dismiss, obtain final review from legal counsel within the Governor's office, and file such document.

8. Such Motion is made in good faith and not for undue delay but rather to account for undersigned counsel's caseload, supervisory responsibilities, and planned and unexpected time out of the office.

---

[1] Initially, undersigned counsel sought to request an extension up to and including July 14, 2023, as noted within the introduction paragraph for Defendant's Second motion for extension of time; however, the remainder of the document sought up to and including July 10, 2023. [*See* d/e 31].

WHEREFORE, for the above and foregoing reasons, Defendant Pritzker respectfully requests this Honorable Court grant his final, brief third Motion for an extension of time, allowing up to and including July 14, 2023, to file his responsive pleading.

Respectfully submitted,

J.B. PRITZKER,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendant,

By: *s/ Kyrstin B. Beasley*
Kyrstin B. Beasley #6323618
Assistant Attorney General
201 West Pointe Drive, Suite 7
Belleville, Illinois 62226
(217) 557-0261 Phone
(217) 782-8767 Fax
E-mail: Kyrstin.beasley@ilag.gov
& gls@ilag.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| HENRY BROOMFIELD, #K92261, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J.B. PRITZKER, )<br>)<br>Defendant. ) | Case No. 22-1628-RJD |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, I presented the foregoing document, *Defendant's Third Motion for an Extension of Time to File a Responsive Pleading,* to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Henry Broomfield K92261 – Legal Mail
Illinois River Correctional Center
1300 West Locust
P.O. Box 999
Canton, IL 61520

Respectfully Submitted,

By:   s/ Kyrstin B. Beasley
Kyrstin B. Beasley #6323618
Assistant Attorney General
201 West Pointe Drive, Suite 7
Belleville, Illinois 62226
(217) 557-0261 Phone
(217) 782-8767 Fax
E-mail: Kyrstin.beasley@ilag.gov
 & gls@ilag.gov